**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

SHELDON FLECK, on behalf of himself and all other shareholders of Destron Fearing Corporation,

Plaintiff,

Civil No. 00-2078 (DWF/AJB)

v.

**ORDER**

DESTRON FEARING CORPORATION,

Defendant.

---

James E. Dorsey, Esq., and Melissa V. Brettingen, Esq., Fredrikson & Byron, 1100 International Center, 900 Second Avenue South, Minneapolis, MN 55402-3787, counsel for Plaintiff.

---

Upon examination of the file in this matter and the documents contained therein, the Court has determined that more than 120 days have elapsed since suit was filed. The Federal Rules of Civil Procedure and the Local Rules of this District require that the Complaint and Summons be served upon the defendant within 120 days of filing of the Complaint, and that thereafter an Answer or other pleading be filed. The Court does not permit counsel to extend the time for filing an Answer or other pleading by agreement, although an initial motion for extension of time will be favorably considered by the Court in the absence of any objection by opposing counsel.

Accordingly, counsel for Plaintiff is directed to:

Filed APR 10 2001
Francis E. Dosal, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________

1. Immediately serve the Complaint and Summons upon the Defendant, if this has not yet occurred.

2. Immediately notify defense counsel of the requirement that counsel appear by filing the pleading or move for an extension of time for filing; or

3. File an application for entry of default judgment unless the required pleading is filed within the time allowed by the rules; or

4. Advise the Court in writing if good cause exists for noncompliance with the terms of this Order.

Unless Plaintiff's counsel complies with this Order within 30 days of this date, this case will be dismissed for lack of prosecution.

Dated: April 10, 2001

DONOVAN W. FRANK
Judge of United States District Court